**Order entered September 1, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00588-CV**

**IN RE JEFFREY DAMON YOUNGER, Relator**

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF15-09887-S**

**ORDER**

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE